Oct. Term,
1799.

*Brown* v. *Mitchell.*

*Ejectment.*    THE lessor of the plaintiff recovered at the last *Dutchess* circuit on title existing prior to 1776, and the defendant set up title derived from the state, under a sale by the commissioners of forfeitures, prior to 1782, and under the act passed *October* 22d, 1799, entitled, " An act for the forfeiture and sale of the " estates of persons who have adhered to the enemies " of this state, and for declaring the sovereignty of " the people of this state, in respect to all property " within the same."

The *Attorney General* for the defendant, now moved for the appointment of appraisers under the first section of the act passed *May* 12th, 1784, entitled, " An act for the speedy sale of the confiscated " and forfeited estates within this state, and for other " purposes therein mentioned," to ascertain what improvements the plaintiff must pay before he can take possession.

*Evertson*, contra. The act of 1784 cannot apply to sales made prior to it.

The *Attorney General* in reply, cited the 10th section of the act passed *May* 1st, 1786, entitled, " An " act further to amend an act entitled, an act for the " speedy sale of the confiscated and forfeited estates " within this state, and for other purposes therein " mentioned."

*Per Curiam.* The act last cited is retrospective, and affects prior titles, and so courts have consider- ed them.

Let the defendant take the effect of his motion.